(124 So. 912)
### STATE v. M. P. CURRAN. (8 Div. 160.)

Supreme Court of Alabama. Dec. 5, 1929.

See, also, State v. Curran (8 Div. 789) ante, p. 4, 124 So. 909.

Charlie C. McCall, Atty. Gen., and Merwin T. Koonce, Asst. Atty. Gen., for petitioner.

W. H. Mitchell, of Florence, opposed.

PER CURIAM. Petition of the state of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in State v. Curran, 124 So. 911.

Writ denied.

All the Justices concur.